[No. 26098–7–I.  Division One.  April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HUCKLEBERRY
NED LEIBOW, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–8–04567–6, Steven G. Scott, J., entered
April 5, 1990. *Dismissed* by unpublished per curiam opin-
ion.

[Nos. 23805–1–I; 23902–3–I.  Division One.  April 29, 1991.]

WILLIAM R. STYRK, ET AL, *Appellants,* v. CORNERSTONE
INVESTMENTS, INC., *Defendants,* DAVID L. MICHIE,
ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King
County, No. 84–2–18237–7, James D. McCutcheon, Jr., J.,
entered December 29, 1988. *Affirmed* by unpublished opin-
ion per Scholfield, J., concurred in by Grosse, C.J., and
Webster, J. Now published at 61 Wn. App. 463.

[No. 27881–9–I.  Division One.  April 29, 1991.]

ARI SALLINEN, *Respondent,* v. TIMOTHY L. JACKSON,
*Petitioner.*

Appeal from a judgment of the Superior Court for What-
com County, No. 91–2–00092–8, Michael F. Moynihan, J.,
entered January 23, 1991. *Reversed* by unpublished per
curiam opinion.